## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GARY L. HUGHBANKS, JR.,

                Petitioner,

      -vs-

STUART HUDSON, Warden,

              Respondent.

:

:

:

Case No. 1:07-cv-111

Magistrate Judge Michael R. Merz

---

### APPOINTMENT OF SUBSTITUTE COUNSEL

---

Pursuant to 18 U.S.C. § 3599, David Williamson and Carla Morman are hereby appointed as counsel for the Petitioner, vice Thomas Kraemer, who has withdrawn (See Doc. No. 122).  The appointment includes representation of Petitioner in the pending state court proceedings to exhaust habeas corpus claims.  Mr. Kraemer's file is available from his former firm, Faruki, Ireland, & Cox.  Mr. Williamson is a member of this Court's capital habeas corpus CJA panel.  Although Ms. Morman is not yet a member of the panel, she has recently been added to the Court's regular CJA panel for habeas corpus cases.  Their compensation is fixed at $178.00 per hour or such higher rate at may later be approved by the Judicial Conference of the United States.

February 28, 2012.

                                s/ **Michael R. Merz**
                          United States Magistrate Judge