# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GARY L. HUGHBANKS, JR.,

    Petitioner,

:

Case No. 1:07-cv-111

-vs-

:

Magistrate Judge Michael R. Merz

STUART HUDSON, Warden,

    Respondent.

:

## DECISION AND ORDER

This capital habeas corpus case is before the Court on Respondent's Objection (Doc. No. 133), construed as a motion for reconsideration, to the Court's Decision and Order (Doc. No. 131) granting Petitioner's Motion to Amend (Doc. No. 124). Petitioner has filed a Response to the Objection (Doc. No. 136) and Respondent has filed a Reply in Support (Doc. No. 137).

Having considered the parties' arguments, the Court DENIES the Motion for Reconsideration on the basis set forth in the Magistrate Judge's Supplemental Opinion and Recommendations in *Waddy v. Coyle,* Case No. 3:98-cv-084 (Doc. No. 188).

July 11, 2012.

                                                                        s/ *Michael R. Merz*
                                                      United States Magistrate Judge